AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

ADAM LAMPARELLO
*Plaintiff*
v.
BILLIE JO KAUFMAN
*Defendant*

) ) ) Case No. 1:26-cv-2646-SLS ) )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Billie Jo Kaufman .

Date: August 27, 2026

s/Scott Shuchart
*Attorney's signature*

Scott Shuchart (DC Bar 1531377)
*Printed name and bar number*

Shuchart PLLC
5636 Connecticut Ave., NW #42289
Washington, DC 20015
*Address*

scott@shuchartlaw.com
*E-mail address*

(202) 527-9026
*Telephone number*

*FAX number*

Print Save As... Reset