**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ADAM LAMPARELLO,

*Plaintiff*,

v.

BILLIE JO KAUFMAN,

*Defendant*.

No. 1:26-cv-02646-SLS

**DEFENDANT BILLIE JO KAUFMAN'S MOTION TO DISMISS**

Defendant Billie Jo Kaufman moves to dismiss this case with prejudice for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiff Adam Lamparello sued Billie Jo Kaufman, a law school librarian and administrator, for defamation based on a one-sentence remark that she sent privately to the president of another school. As set forth in the accompanying Memorandum of Law, this case should be dismissed because the allegations in the Amended Complaint do not plausibly support a claim for defamation. The dismissal should be with prejudice because no new allegations can change the fact that Ms. Kaufman's one-sentence, private Facebook message cannot support a claim for defamation.

Dated: September 14, 2026

Respectfully Submitted,

*s/ Rebecca S. LeGrand*
Rebecca S. LeGrand (DC Bar 493918)
LeGrand Law PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Phone: (202) 587-5725
rebecca@legrandpllc.com

Scott Shuchart
Shuchart PLLC (DC Bar 1531377)
5636 Connecticut Ave., NW #42289
Washington, DC 20015
Phone: (202) 527-9026
scott@shuchartlaw.com