# Exhibit B

# FACEBOOK MESSAGE EXCHANGE MAY 29-30, 2025

**Cathy Cox**
Active now

**Since he mentioned the college, I'm sharing with you - maybe others already have. Hope you are doing well.**

MAY 29, 2025 AT 8:21 AM

Pinned

Since he mentioned the college, I'm sharing with you - maybe others already have. Hope you are doing well.

Adam Lamparello
Advice -- Difficult Students
Hi everyone,
I currently teach undergraduate law courses at Georgia College, and many of my students intend to apply to law school. The semester just ended, and it has been the most difficult academic year I've experienced in fourteen years of teaching.
Over the past several semesters, I've noticed that students have become more entitled and lack any sense of accountability. Nearly half of my students plagiarized one or more of the assignments. Others routinely pleaded for grade increases or assignment do-overs and often cried when receiving feedback they didn't like. Attendance has also been an issue, and I get excuses such as "I'm not coming to class because I just stopped vaping," or "I had a long night, so I can't make it."
I've tried my best to help them and been flexible and supportive, but the lack of engagement, respect, and fragility is exhausting. In the final class, I addressed the issue directly and told them that such behavior won't serve them well in law school or other professional settings. Well, several students became visibly upset and filed complaints, though no formal action was taken. I have never seen anything like this.
I'm reaching out to ask: Have you seen similar trends? How do you deal with it? I'm truly questioning whether I want to continue teaching and would appreciate any advice you can give. Thanks very much.
Adam
0
0

MAY 29, 20[illegible] AT 5:52 PM

Thank you so much for sharing this. Can you tell he is desperate? Many problems with

MAY 29, 2025 AT 5:52 PM

Thank you so much for sharing this. Can you tell he is desperate? Many problems with this guy. Can you tell me where this was posted?

True nut case. On the legal writing list serv. i think i will confirm that

Yes Legal Writing Institute list serv

Thank you. A pattern - every time he gets in trouble he starts attacking students, filing complaints against them- anything to discredit the students before they get the nerve to file complaints against him.

I believe he was harrassing women faculty with emails last yr but I forget the details

Edited · 6:26 pm

That would not surprise me. If you come across anything else, I'd appreciate your sharing it. Hope you & Bob are doing well. I just got home from our athletic conference meeting at Hilton Head & I never laid eyes on the beach! 😳 Am going to the Army War College next week in Pennsylvania - as a civilian participant in the National Security Seminar. Ready for an actual vacation!!!

👍

MAY 30, 2025 AT 9:03 AM

Billie Jo - I've forwarded this info to our HR office for their ongoing investigation into this faculty member & they asked me for any more specifics I can provide. Is there a screenshot of his message from the list-serve you can send, or at least a date it was posted?
Many thanks!
Cathy

MAY 30, 2025 AT 9:25 AM

I think I can do that. in a mtg

MAY 30, 2025 AT 9:43 AM

Thanks - no rush!

MAY 30, 2025 AT 9:43 AM

Thanks - no rush!

MAY 30, 2025 AT 10:06 AM

From: Adam Lamparello <adamlamparello.lwic@members.mobilize.io>
Sent: Thursday, May 29, 2025 1:30:33 AM
To: Kaufman, Billie <billie.kaufman@udc.edu>
Cc: Legal Writing Institute <lwic@groups.mobilize.io>
Subject: [EXTERNAL] [Legal Writing Institute] Advice -- Difficult Students

EXTERNAL: This email was sent to you from an external source. Please review the content carefully and open attachments or click links only if you recognize the sender.

Adam Lamparello
Advice -- Difficult Students
Hi everyone,
I currently teach undergraduate law courses at Georgia College, and many of my students intend to apply to law school. The semester just ended, and it has been the most difficult academic year I've experienced in fourteen years of teaching.
Over the past several semesters, I've noticed that students have become more entitled and lack any sense of accountability. Nearly half of my students plagiarized one or more of the assignments. Others routinely pleaded for grade increases or assignment do-overs and often cried when receiving feedback they didn't like. Attendance has also been an issue, and I get excuses such as "I'm not coming to class because I just stopped vaping," or "I had a long night, so I can't make it."
I've tried my best to help them and been flexible and supportive, but the lack of engagement, respect, and fragility is exhausting. In the final class, I addressed the issue directly and told them that such behavior won't serve them well in law school or other professional settings. Well, several students became visibly upset and filed complaints, though no formal action was taken. I have never seen anything like this.
I'm reaching out to ask: Have you seen similar trends? How do you deal with it? I'm truly questioning whether I want to continue teaching and would appreciate any advice you can give. Thanks very much.
Adam
0
0

Join this discussion
Reply to chat privately with Adam
Reply all to discuss with everyone

MAY 30, 2025 AT 9:46 PM

Thanks, Billie Jo!