**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADAM LAMPARELLO,<br>*Plaintiff*,<br>v.<br>BILLIE JO KAUFMAN,<br>*Defendant*. | No. 1:26-cv-02646-SLS |

**[PROPOSED] ORDER**

Upon consideration of Defendant Billie Jo Kaufman's Motion to Dismiss, any opposition and reply thereto, and the entire record herein, it is hereby:

ORDERED that Defendant's Motion is GRANTED; and

IT IS FURTHER ORDERED that the Amended Complaint shall be dismissed in its entirety and WITH PREJUDICE; and

IT IS FURTHER ORDERED that the Clerk shall be directed to close the case.

SO ORDERED this __________ day of ________________, 2026.

_________________________________________
Honorable Sparkle L. Sooknanan
United States District Judge