**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ADAM LAMPARELLO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:26-cv-02646-SLS |
| | ) | |
| v. | ) | |
| | ) | |
| BILLIE JO KAUFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss, ECF No. 9, Plaintiff's Memorandum of Points and Authorities in Opposition, any reply thereto, and the entire record herein, it is hereby

ORDERED that Defendant's Motion to Dismiss, ECF No. 9, is DENIED; and it is further

ORDERED that Defendant shall answer the First Amended Verified Complaint within fourteen days of the date of this Order. *See* Fed. R. Civ. P. 12(a)(4)(A).

SO ORDERED.

Date: ______________________

______________________________
SPARKLE L. SOOKNANAN
United States District Judge

**Copies to:**

Adam Lamparello
201 Berkshire Road
Hasbrouck Heights, NJ 07604
Plaintiff pro se

Rebecca S. LeGrand
LeGrand Law PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Counsel for Defendant

Scott Shuchart
Shuchart PLLC
5636 Connecticut Avenue NW, #42289

Washington, DC 20015
Counsel for Defendant